IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| SALEM TOOLS, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No.  7:19cv738 |
| v. | ) |
| | ) |
| LANDMARK TECHNOLOGY A, LLC, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff  Salem Tools, Inc. hereby provides notice of the dismissal, with prejudice, of its claims against Landmark Technology A, LLC in this action.

Respectfully submitted,

Dated: December 18, 2019

/s/ Nathan A. Evans
Nathan A. Evans (VA Bar No. 46840)
Zachary S. Agee (VA Bar No. 88966)
**Woods Rogers PLC**
123 East Main Street, Fifth Floor
Charlottesville, Virginia 22902
Telephone: (434) 220-6829
Facsimile: (540)983-7711
nevans@woodsrogers.com
zagee@woodsrogers.com

*Attorney for Plaintiff*
*Salem Tools, Inc.*